

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **Smyth Companies, LLC** |
|---|---|
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081433 | $13,052.31 | 12/12/2019 | 970099 | 10/17/2019 | $400.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081433 | $13,052.31 | 12/12/2019 | 244607PB | 10/24/2019 | $12,652.31 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081105 | $952.88 | 11/21/2019 | 967733 | 9/30/2019 | $228.40 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081105 | $952.88 | 11/21/2019 | 967732 | 9/30/2019 | $378.61 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081105 | $952.88 | 11/21/2019 | 967730 | 9/30/2019 | $175.51 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081105 | $952.88 | 11/21/2019 | 967729 | 9/30/2019 | $170.36 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080821 | $103,406.53 | 10/31/2019 | 964668 | 8/30/2019 | $3,465.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080821 | $103,406.53 | 10/31/2019 | 964023 | 8/26/2019 | $2,230.96 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080821 | $103,406.53 | 10/31/2019 | 964020 | 8/26/2019 | $23,367.53 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080821 | $103,406.53 | 10/31/2019 | 964015 | 8/26/2019 | $74,343.04 |

**Totals:**     **3 transfer(s),**    **$117,411.72**